UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PATEL, | No. 2:14-cv-0031 KJN |
| Plaintiff, | |
| v. | ORDER |
| NAVINBHAI PATEL, et al., | |
| Defendants. | |

On June 11, 2014, the parties filed a joint statement advising the court that the action has not settled following referral to the court's Voluntary Dispute Resolution Program ("VDRP") and a VDRP session that took place on June 10, 2014. (ECF No. 17.) Accordingly, the court sets a further status (pre-trial scheduling) conference for Thursday July 24, 2014, at 10:00 a.m., in Courtroom No. 25 before the undersigned. No later than fourteen (14) days prior to the conference, the parties shall file a joint status report briefly discussing the case and addressing the topics outlined in the court's previous January 31, 2014 order setting the initial status (pre-trial scheduling) conference. (See ECF No. 6.)

IT IS SO ORDERED.

Dated: June 12, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1